IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS | ) |
| | ) |
| vs. | ) No. 06-cv-169E |
| | ) |
| MICHAEL E. DUNLAVEY, ET AL. | ) Judge Maurice B. Cohill, Jr. |

**ORDER**

On September 18, 2006 Plaintiff Victoria Bibbs filed a document entitled "Habeas Copus [sic] Demanding The Immediate Release of P.O.W. Detainees E.B., I.B., V.B. For Reason Herein Stated, and For Restoration of All Rights, and a Surety Bond Posted for the Defendants Until Trial or Show Cause Why this Should Not Be" (Doc. #14)

The document appears to refer to a proceeding in the Juvenile Court Division of the Court of Common Pleas of Erie County, Pennsylvania, at No. 93 of 2004, as a result of which one or more of her children were placed with the Office of Children and Youth. We will treat the document as an Application for a Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254. There is no allegation that the plaintiff has complied with the conditions enumerated at Title 28 U.S.C. § 2254.

AND NOW, to-wit, this 28th day of September, 2006, it is HEREBY ORDERED, ADJUDGED AND DECREED that this Application is DISMISSED.

S\ Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Court Judge