IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS, Pro Se, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) Civ. No. 06-169E ) |
| MICHAEL E. DUNLAVEY individually and in his capacity as Judge of the Commonwealth Court of Erie County et al., | ) ) ) ) ) |
| Defendants | ) ) |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is a document filed by Plaintiff Victoria Bibbs entitled "The Commonwealth of Pennsylvania's Republic Seeks Judgment By Law and Total Restoration By Right" (Doc. #16). Plaintiff explains within the body of this document that she is seeking judgment against the defendants as a matter of law pursuant to Fed.R.Civ.P. 50. See page 50 of Doc. #16.

Fed.R.Civ.P. 50, is entitled "Judgment as a Matter of Law in Jury Trials; Alternative Motion for New Trial; Conditional Rulings," and provides in relevant part:

(a) Judgment as a Matter of Law.

> (1) If during a trial by jury a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue, the court may determine the issue against that party and may grant a motion for judgment as a matter of law against that party with respect to a claim or defense that cannot under the controlling law be maintained or defeated without a favorable finding on that issue.

> (2) Motions for judgment as a matter of law may be made at any time before submission of the case to the jury. Such a motion shall specify the judgment sought and the law and the facts on which the moving party is entitled to the

judgment.

Fed.R.Civ.P. 50(a).

Plaintiff's Complaint was only recently filed. Motions to dismiss have been filed by all of the Defendants and discovery has not yet commenced. Motions for judgment as a matter of law pursuant to Fed.R.Civ.P. 50 are to made at trial and not at this stage of the proceedings. Accordingly, Plaintiff's motion for judgment as a matter of law pursuant to Fed.R.Civ.P. 50 is premature and is denied without prejudice for that reason. An appropriate Order follows.

## ORDER

AND NOW, this 19th day of October, 2006, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's "The Commonwealth of Pennsylvania's Republic Seeks Judgment By Law and Total Restoration By Right" (Doc. #16), treated by this Court as a motion for judgment as a matter of law pursuant to Fed.R.Civ.P. 50 is denied without prejudice.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc: Victoria Bibbs, pro se
counsel of record