IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA BIBBS, Pro Se, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MICHAEL E. DUNLAVEY individually )<br>and in his capacity as Judge of the )<br>Commonwealth Court of Erie County et al., )<br>)<br>Defendants )<br>) | Civ. No. 06-169E |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiff Victoria Bibbs's motion for default judgment (Doc. #18). The basis for Plaintiff's motion is that none of the defendant have timely filed a response to Plaintiff's opposition to the defendants' motions to dismiss. A defendant is not required to file a response to a plaintiff's opposition to a motion to dismiss. Accordingly, Plaintiff's motion for default judgment is denied. An appropriate Order follows.

## ORDER

AND NOW, this 24th day of October, 2006, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Default Judgment is DENIED.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc: Victoria Bibbs, pro se
counsel of record